IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RASHIDA ASKLEY and CLEVELAND VALDRY, JR.,<br><br>        Plaintiffs,<br><br>    v.<br><br>T. PENA et al.,<br><br>        Defendants._____/ | No. C 04-01779 JSW<br><br>**ORDER TO SHOW CAUSE** |

The Court, having received Defendants' letter dated May 18, 2005 regarding outstanding depositions and request for payment of expenses, HEREBY ORDERS Plaintiffs to respond in writing by no later than May 20, 2005 at 10:00 a.m. why Plaintiffs should not be compelled to appear at their duly-noticed depositions and why Plaintiffs should not be sanctioned in the amount of $955.50 for reimbursement of costs, expenses and fees incurred by Defendants as a result of plaintiffs' non-appearance.  Failure to respond shall result in an order to compel and for sanctions.

All counsel are admonished that this Court's standing orders require the submission of discovery disputes in a joint letter not to exceed four pages in length.  *See* Standing Order at ¶ 7. By joint letter, the Court requires participation by defendants *and plaintiffs* after meeting and conferring in person.  Requests for the Court's intervention during the course of a deposition are more properly addressed by telephonic conference.  *See* Standing Order for Civil Practice –

Deposition Guidelines at ¶ 9.

**IT IS SO ORDERED.**

Dated: May 19, 2005

    /s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California