UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RASHIDA ASKLEY; CLEVELAND VALDRY, JR., <br><br>   Plaintiffs, <br><br> v. <br><br> OAKLAND POLICE OFFICERS T. PENA NO. 8227T; J. CHANG, NO. 8005P; S. THURSTON NO. 7674T; R. RACE NO. 7715T; W. WALLACE NO. 7215T; SGT. YOUNG NO. 7640P; SGT. A. BANKS; CITY OF OAKLAND POLICE DEPARTMENT; CITY OF OAKLAND; DOES 1 THROUGH 50; <br><br>   Defendants. | Case No. C-04-1779-JSW <br><br> **[PROPOSED]** <br> **ORDER RE PLAINTIFFS' DEPOSITIONS** |

On May __18__, 2005, the Court received and reviewed a joint letter submitted by the parties pursuant to Judge Jeffrey White's Standing Order For Civil Practice Deposition Guidelines. After considering the factual history of the issue presented, and good cause appearing, IT IS HEREBY ORDERED: BY AGREEMENT BETWEEN THE PARTIES

1) The non-expert discovery cutoff is extended solely for the following depositions to be conducted;

2) Plaintiff Cleveland Valdry shall appear for and give his deposition at the Office of the Oakland City Attorney on May 23, 2005 at 11:00 a.m. and shall reappear until the deposition is completed, subject to the limitations of Federal Rules of Civil Procedure, Rule 30;

3) Plaintiff Rashida Askley shall appear for and give her deposition at the Office of the Oakland City Attorney on May 23, 2005 at 9:30 a.m. and shall reappear until the deposition is completed, subject to the limitations of Federal Rules of Civil Procedure, Rule 30;

4) By May 27, 2005, plaintiffs shall jointly and severally pay monetary sanctions in the amount of $955.50 (NINE HUNDRED, FIFTY-FIVE DOLLARS AND FIFTY CENTS) to the City of Oakland for reimbursement of the costs, expenses, and fees incurred by defendants as a result of the plaintiffs' non-appearance at their depositions on May 10, 2005.

IT IS SO ORDERED.

DATED: May 20, 2005

/s/ Jeffrey S. White
UNITED STATES DISTRICT JUDGE