# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RASHIDA ASKLEY; CLEVELAND VALDRY, JR., <br><br> Plaintiffs, <br><br> v. <br><br> OAKLAND POLICE OFFICERS T. PENA NO. 8227T; J. CHANG, NO. 8005P; S. THURSTON NO. 7674T; R. RACE NO. 7715T; W. WALLACE NO. 7215T; SGT. YOUNG NO. 7640P; SGT. A. BANKS; CITY OF OAKLAND POLICE DEPARTMENT; CITY OF OAKLAND; DOES 1 THROUGH 50; <br><br> Defendants. | Case No. C-04-1779-JSW <br><br> **[PROPOSED]** **ORDER RE DEADLINE FOR DISPOSITIVE MOTIONS TO BE HEARD** |

~~On May ____, 2005, the Court received and reviewed a joint letter request submitted by the parties pursuant to Judge Jeffrey White's Standing Order. After considering the factual history of the issue presented, and good cause appearing,~~ IT IS HEREBY ORDERED BY ~~AGREEMENT~~ STIPULATION OF THE PARTIES:

    1) The deadline for dispositive motions to be heard is extended until July 29, 2005 at 9:00 a.m.;

    2) Defendants' Motion for Summary Judgment or Partial Summary Judgment is reserved for hearing on July 29, 2005 at 9:00 a.m.

IT IS SO ORDERED.

DATED: May 23, 2005

                                    /s/ Jeffrey S. White
                                    UNITED STATES DISTRICT JUDGE

342468