UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RASHIDA ASKLEY;<br>CLEVELAND VALDRY J.R.;<br>  Plaintiffs,<br><br>vs.<br><br>OAKLAND POLICE<br> OFFICER T. PENA et al<br>  Defendants. | Case No. C-04-1779-JSW<br><br>[~~PROPOSED~~]<br>ORDER<br>RE DEPOSITION OF DEFENDANT<br>OFFICER T. PENA |

On May 24, 2005, the Court received and reviewed a joint letter submitted by the parties pursuant to Judge Jeffery White's Standing Order for Civil Practice Depositions Guidelines. After considering the factual history for the issue presented, and good cause appearing,

IT IS HEREBY ORDERED:

1. The non- expert discovery cutoff is extended for the sole purpose of the deposition of defendant Officer T. Pena;

2. Officer T. Pena shall appear for deposition at the officer of the Oakland City Attorney on June 1, 2005 at 9:00 a.m. and shall reappear until deposition is completed, subject to limitations of the Federal Rules of Civil Procedure, Rule 30.

IT IS SO ORDERED.

DATED:   May 25, 2005                             /s/ Jeffrey S. White
                                                 UNITED STATES DISTRICT JUDGE

1