# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RASHIDA ASKLEY; CLEVELAND VALDRY, JR., <br><br> Plaintiffs, <br><br> v. <br><br> OAKLAND POLICE OFFICERS T. PENA NO. 8227T; J. CHANG, NO. 8005P; S. THURSTON NO. 7674T; R. RACE NO. 7715T; W. WALLACE NO. 7215T; SGT. YOUNG NO. 7640P; SGT. A. BANKS; CITY OF OAKLAND POLICE DEPARTMENT; CITY OF OAKLAND; DOES 1 THROUGH 50; <br><br> Defendants. | Case No. C-04-1779-JSW <br><br> **STIPULATION AND [PROPOSED] ORDER RE DISPOSITIVE MOTION HEARING** |

WHEREAS the parties hereto attended a mediation on June 7, 2005 conducted by Magistrate Judge Edward Chen; and

WHEREAS a tentative settlement was reached, subject to Oakland City Council approval; and

WHEREAS the Oakland City Council is expected to review and consider approval of said settlement by July 19, 2005; and

WHEREAS defendants intend to file a motion pursuant to Federal Rules of Civil Procedure, Rule 56, or other dispositive motion if the settlement is not approved; and

WHEREAS the last day for dispositive motions to be heard is currently July 29, 2005, with filing and service of the motion to be made by June 24, 2005; and

WHEREAS to avoid unnecessary use of Court resources and the incurrence of attorneys' fees for all parties, the parties hereby request that the dispositive motion

343405

cutoff date be continued to allow for filing and serving the motion after the Oakland City Council consideration date of July 19, 2005; THEREFOR

        THE PARTIES HERETO STIPULATE AND REQUEST AS FOLLOWS:

1) The deadline for dispositive motions to be heard is extended until August 26, 2005 at 9:00 a.m.;

2) Defendants' Motion for Summary Judgment or Partial Summary Judgment is reserved for hearing on August 26, 2005 at 9:00 a.m. and the reservation for July 29, 2005 at 9:00 a.m. is vacated.

**IT IS SO STIPULATED**

DATED: June 10, 2005

//s//WALTER RILEY
WALTER RILEY, ESQ

Attorney for Plaintiffs
Rashida Askley and Cleveland Valdry, Jr.

DATED: June 10, 2005        OFFICE OF THE CITY ATTORNEY

//s//PELAYO A. LLAMAS, JR.
PELAYO A. LLAMAS, JR.
Deputy City Attorney

Attorney for Defendants
City of Oakland, et al.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: June 10, 2005

/s/ Jeffrey S. White
JEFFREY S. WHITE
United States District Judge

STIPULATION AND [PROPOSED] ORDER    2    C-04-1779-JSW
RE DISPOSITIVE MOTION HEARING