1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RASHIDA ASKLEY; CLEVELAND VALDRY, JR., | Case No. C-04-1779-JSW |
| Plaintiffs, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| OAKLAND POLICE OFFICERS T. PENA NO. 8227T; J. CHANG, NO. 8005P; S. THURSTON NO. 7674T; R. RACE NO. 7715T; W. WALLACE NO. 7215T; SGT. YOUNG NO. 7640P; SGT. A. BANKS; CITY OF OAKLAND POLICE DEPARTMENT; CITY OF OAKLAND; DOES 1 THROUGH 50; | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action as follows:

1)      On June 7, 2005, Plaintiffs Rashida Askley and Cleveland Valdry, Jr., through their attorney of record and Defendants City of Oakland, et al., through their attorney of record, reached an agreement to the terms of the full and complete settlement of all disputes arising out of this lawsuit.  The basic terms of said settlement were put on the record in open court before the Honorable Edward M. Chen.

344985

2)     A term of the settlement is that plaintiffs dismiss the instant action with prejudice.

3)     The parties hereto stipulate and agree that this lawsuit, and all causes of action, are hereby DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) and respectfully request that the Court so order it.

IT IS SO STIPULATED.

DATED: July 21, 2005

By: _____
WALTER RILEY, ESQ.

Attorney for Plaintiffs
Rashida Askley and Cleveland Valdry, Jr.

DATED: July 18, 2005

OFFICE OF THE CITY ATTORNEY

By: _____
PELAYO A. LLAMAS, JR.
Deputy City Attorney

Attorneys for Defendants
City of Oakland, et al.

THIS MATTER IS DISMISSED WITH PREJUDICE. IT IS SO ORDERED.

DATED: _____August 19, 2005_____

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER
OF DISMISSAL WITH PREJUDICE

2

C-04-1779-JSW